1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 2:07-CR-00194 EJG
                                        )
12                    Plaintiff,        )
                                        )
13       v.                             )
                                        )
14  HECTOR PEREZ-RAMIREZ,               )
                                        )
15                    Defendant.        )
                                        )
16                                      )
    _____)   RELATED CASE ORDER
17  UNITED STATES OF AMERICA,           )
                                        )
18                    Plaintiff,        )
                                        )   Case No. 2:11-CR-00257 JAM
19       v.                             )
                                        )
20  HECTOR PEREZ-RAMIREZ,               )
                                        )
21                    Defendant.        )
                                        )
22  _____)

23       Examination of the above-entitled actions reveals that these

24  actions are related within the meaning of Local Rule 123(f) (E.D.

25  Cal. 2005).  Accordingly, the assignment of the matters to the same

26  judge is likely to affect a substantial savings of judicial effort

27  and is also likely to be convenient for the parties.

28  ///

                                    1

1    The parties should be aware that relating the cases under

2  Local Rule 123 merely has the result that these actions are

3  assigned to the same judge; no consolidation of the actions is

4  effected.

5    IT IS THEREFORE ORDERED that the action denominated 2:07-CR-

6  00194-EJG be reassigned to Judge John A. Mendez for all further

7  proceedings, and any dates currently set in this reassigned case

8  only are hereby VACATED.  Henceforth, the caption on documents

9  filed in the reassigned cases shall be shown as 2:07-CR-00194-JAM.

10    IT IS FURTHER ORDERED that the Clerk of the Court make

11  appropriate adjustment in the assignment of civil cases to

12  compensate for this reassignment.

13    IT IS SO ORDERED.

14  Dated: July 6, 2011

15                              /s/ John A. Mendez_____

16                              U. S. DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com